**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00464-CV

### TIM PRITCHETT, Appellant

### V.

### GOLD'S GYM FRANCHISING, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06623**

## ORDER

We **GRANT** appellant's April 26, 2013 unopposed motion for an extension of time to file the reporter's record. We **ORDER** Sheretta Martin, Official Court Reporter of the 162nd Judicial District Court of Dallas County, Texas, to file the reporter's record on or before **May 28, 2013**. We caution Ms. Martin that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Martin and all counsel of record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE